IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT KARL AND DENISE KARL,

      Plaintiffs,

v.

UNITED STATES OF AMERICA AND
RENEE VOSBERG,

      Defendants.

ORDER

Case No.  22-cv-136-jdp

Plaintiffs Robert Karl and Denise Karl have filed a proposed civil complaint.  Plaintiffs have not paid the $402 filing fee nor asked for leave to proceed without prepayment of fees or costs.  In the event that plaintiffs wish to proceed without prepayment of the filing fee, the enclosed petition and affidavit must be completed to determine whether plaintiffs qualify as indigent.

ORDER

IT IS ORDERED that plaintiff Robert Karl and Denise Karl may have until April 6, 2022, in which to either pay the $402 filing fee or to submit an affidavit of indigency and return it to the court.  If, by April 6, 2022, plaintiffs fail to respond to this order, I will assume that plaintiffs wish to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiffs filing the case at a later date.

Entered this 14th day of March, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT KARL AND DENISE KARL,

      Plaintiffs,                                    ORDER

v.

                                      Case No.  22-cv-136-jdp

UNITED STATES OF AMERICA AND
RENEE VOSBERG,

      Defendants.

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT
## WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

### I.    __Personal Information__

1)    Are you employed?               □Yes        □ No

2)    Are you married?                 □ Yes      □ No
        If "Yes," is your spouse employed?    □ Yes      □ No

3)    Do you have any dependents that you are responsible for supporting?
        □ Yes        □ No
        If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

II.   **Income** - If you are married, your answers ***must include your spouse's income.***
      *(*When calculating income, include any wages, salary, rent, child support, public
      assistance, unemployment compensation, disability payments, life insurance payments,
      pensions, annuities, workers' compensation, stock dividends and interest, gifts and
      inheritance, or other money you receive from any source.)

1)    State your total *monthly* wages or salary?          $ _____

2)    Provide the name and address of your employer(s):

      _____

3)    State your spouse's total *monthly* wages or salary?   $ _____

State the amount of money you have received from any other source in the last twelve months,
such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                           Amount

_____          $ _____

_____          $ _____

III.  **Expenses** - If you are married or have dependents, ***your expenses should also include
      your household's expenses.***
      (When calculating household expenses, you may include groceries, clothing, medical
      costs, utilities that are not included in your rental payments, transportation, and
      insurance.)

1)    Identify the following amounts that you pay per month:

      □ Rent or    □ Mortgage            $ _____

      Car payment(s)                     $ _____

      Alimony or court-ordered child support  $ _____

      Credit card payment(s)             $ _____

2)    Do you have any other *monthly* expenses that you have not already listed?
      □ Yes          □ No

      If "Yes," list them below:

      Expense                                                    Amount

      _____         $ _____

      _____         $ _____

      _____         $ _____

3)    What are your total *monthly* expenses?    $ _____

**IV.    Property** - If you are married, your answers must ***include your spouse's property.***

1)    Do you own a car?    □ Yes          □ No          If "Yes," list car(s) below:

      Make and Model                                 Year        Approximate Current
                                                                 Value

      _____ _____  $_____

      _____ _____  $_____

2)    Do you own your home(s)?    □ Yes          □ No

      If "Yes," state the approximate value(s).    $ _____

      What is the amount of equity (assessed value of residence minus outstanding
      mortgage balance) in the home(s)?    $ _____

3)    Do you have any cash or checking, savings, or other similar accounts?
      □ Yes          □ No

      If "Yes," state the total of such sums.    $ _____

4)      Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

□ Yes            □ No

If "Yes," describe the property and the approximate value(s).

_____


**V.      Other Circumstances -** Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____


I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                               **Signature - Signed Under Penalty of Perjury**



I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                               **Signature - Signed Under Penalty of Perjury**